155 So.2d 592

**Ralph D. ABERNATHY**

v.

**STATE.**

Supreme Court of Alabama.

**3 Div. 41.**

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Ralph D. Abernathy for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Abernathy v. State, Ala.App., 155 So.2d 586.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

152 So.2d 439

**Arthur Eugene ALLEN**

v.

**STATE.**

**2 Div. 441.**

Supreme Court of Alabama.

April 11, 1963.

Arthur Eugene Allen, pro se.

Richmond M. Flowers, Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Arthur Eugene Allen for certiorari to the Court of Appeals in Allen v. State, 150 So.2d 399.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.